UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

JOSEPH REDHAND WOLF,

    Petitioner-Defendant,

v.

UNITED STATES OF AMERICA,

    Respondent-Plaintiff.

Case No. C08-1549-TSZ-BAT
(CR06-381-TSZ)

**ORDER OF DISMISSAL**

The Court, having reviewed petitioner's Motion to Vacate and Correct Sentence under 28 U.S.C. § 2255 (Dkt. 1), the Report and Recommendation of United States Magistrate Judge Brian A. Tsuchida, the governing law, and the balance of the record, does hereby ORDER:

1) The Court adopts the Report and Recommendation;

2) Petitioner's Motion to Vacate And Correct Sentence (Dkt. 1) is DENIED and DISMISSED with prejudice;

3) The Clerk of Court is directed to send copies of this Order to the parties and to Magistrate Judge Brian A. Tsuchida.

DATED this 10th day of March, 2009.

               /s/ Thomas S. Zilly
               THOMAS S. ZILLY
               United States District Judge

ORDER OF DISMISSAL